| **UNITED STATES BANKRUPTCY COURT**  Northern District of Illinois | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):  Dumon, Peter, G. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years  (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years  (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN  (if more than one, state all):  9042 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN  (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):  555 North Garfield Avenue  Hinsdale, Illinois 60521  ZIP CODE 60521 | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP CODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  ZIP CODE | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):  ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)

- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Voluntary Petition**
*(This page must be completed and filed in every case.)*

Name of Debtor(s):

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District:  Northern District of Illinois | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form) 1 (4/10)

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | |

| **Signatures** ||

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X /s/ Ronald Barliant
Signature of Attorney for Debtor(s)

Ronald Barliant
Printed Name of Attorney for Debtor(s)

Goldberg Kohn Ltd.
Firm Name

55 East Monroe Street, Suite 3300
Chicago, IL 60603
Address

(312) 201-4000
Telephone Number

05/03/2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

_____ District of _____

In re_____                          Case No._____
            Debtor                                                              (if known)

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

❒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

❒ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Page 2

B 1D (Official Form 1, Exh. D) (12/09) – Cont.

❏ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

_____
_____
_____
_____
_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏ 4. I am not required to receive a credit counseling briefing because of:  *[Check the applicable statement.]  [Must be accompanied by a motion for determination by the court.]*

❏ Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❏ Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❏ Active military duty in a military combat zone.

❏ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Date: _____

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### __Northern__ District Of ____Illinois____

In re _____Peter G. Dumon_____,                    Case No. _____
                        Debtor

                                                                   Chapter _____7_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 900,000 | | |
| B - Personal Property | Yes | 4 | $ Unknown | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 920,320.59 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | $ Unknown | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 30,000.00 |
| J - Current Expenditures of Individual Debtors(s) | Yes | 1 | | | $ 21,900.00 |
| TOTAL | | 32 | $ Unknown | $ Unknown | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court

___Northern___ District Of ___Illinois___

In re _____Peter G. Dumon_____,
            Debtor

Case No. _____

Chapter _____7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

**State the following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4.  Total from Schedule F | | $ |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

**B6A (Official Form 6A) (12/07)**

In re _____Peter G. Dumon_____,                     Case No. _____
              **Debtor**                                                                                  **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Residential Property 555 North Garfield Avenue Hinsdale, Illinois 60521 | Mortgaged residential property; Tenant by the entireties | J | $900,000.00 | $855,000.00 |
| | | Total► | $900,000.00 | |

(Report also on Summary of Schedules.)

In re _____Peter G. Dumon_____,          Case No. _____
　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE B - PERSONAL PROPERTY

     Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

     **Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash | | $300 |
| 2.  Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Hinsdale Bank and Trust; Joint Checking Account No. ending 773 | J | $12,089.64 |
| 3.  Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Goods and furnishings | | $2,500 |
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Suits and other wearing apparel | | $1,000 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photo-graphic, and other hobby equipment. | | Skis and other sports equipment | | $1,000 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s).  11 U.S.C. § 521(c).) | X | | | |

In re _____,        Case No. _____
          **Debtor**                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | See attached "Continuation Sheet - Rider" | | $0.00 |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | | Peter G. Dumon Trust, dated March 24, 2006 | | Unknown |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | Northwestern Mutual Policies, ending 009, 023, 170, 330, 369, 401, 679, 985, and 998. | | Unknown |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Operating Agreements of Harp Wheeling, Inc. dated February 1, 2005; Triple Nickle Holdings, LLC dated March 4, 2004; and Cole Miner, LLC dated October 25, 2007. | | Unknown |

B6B (Official Form 6B) (12/07) -- Cont.

In re _____ ,    Case No. _____
               **Debtor**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | See attached "Continuation Sheet - Rider" | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____1_____ continuation sheets attached    Total ▶    $ Unknown

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6F (Official Form 6F) (12/07)

In re  Peter G. Dumon                    ,          Case No. _____
              **Debtor**                                           **(if known)**

# SCHEDULE B - PERSONAL PROPERTY

## Continuation Sheets - Rider

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | 1.   100% interest in The Harp Group, Inc.; | | $0.00 |
| | | 2.   50.1% interest in Triple Nickle Holdings, LLC; | | $0.00 |
| | | 3.   38% interest in HM Wheeling, Inc.; | | $0.00 |
| | | 4.   30.7% interest in River Road Development Corp.; | | $0.00 |
| | | 5.   30% interest in Harp Oakbrook Terrace, LLC; and | | $0.00 |
| | | 6.   25% interest in Cole Miner, LLC. | | $0.00 |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | 1.   2009 Jeep Wrangler; | | $17,000.00 |
| | | 2.   2008 Lincoln Navigator; and | | $32,000.00 |
| | | 3.   2006 Lincoln Navigator. | | $21,000.00 |
| | | | Total (this page only): | $70,000.00 |

B6F (Official Form 6C) (04/10)

In re  Peter G. Dumon                    ,         Case No. _____
           **Debtor**                                                     **(if known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that
(Check one box)                                                                                  exceeds $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **Cash on Hand** | | | |
|   Cash | 735 ILCS 5/12-1001(b) | $300.00 | $300.00 |
| | | | |
| **Checking, Savings or Other Financial Accounts** | | | |
|   Joint Checking Account with Hinsdale Bank and Trust | 735 ILCS 5/12-1001(b) | $3,700.00 | $12,089.64 |
| | | | |
| **Wearing Apparel** | 735 ILCS 5/12-1001(a) | $1,000.00 | $1,000.00 |
| | | | |
| **Automobile** | | | |
|   2009 Jeep Wrangler; 2008 Lincoln Navigator | 735 ILCS 5/12-1001(b), (c) | $2,400.00 | $49,000.00 |
| | | | |
| **Life Insurance Policies** Northwestern Mutual, policies ending 009, 023, 170, 330, 369, 401, 679, 985, and 998. | 735 ILCS 5/12-1001(f) | 100% | Unknown |
| | | | |
| **Marital Home** | | | |
|   555 North Garfield Ave. Hinsdale, IL 60521 | 765 ILCS 1005/1, *et seq.* | 100% | $900,000.00 |
| | | | Total: not less than $962,389.64 |

*\* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**B6F (Official Form 6F) (12/07)**

In re   Peter G. Dumon                             ,              Case No. _____

       **Debtor**                                                                                      **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND AN ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Ford Credit Customer Service Center P.O. Box 54200 Omaha, NE 68154-8000 P.O. Box 790093 St. Louis, MO 63179-0093 ACCOUNT NO. ENDING 2809 | | | 2008 Lincoln Navigator | | | | $52,551.66 | $0.00 |
| Ford Credit Customer Service Center P.O. Box 54200 Omaha, NE 68154-8000 P.O. Box 790093 St. Louis, MO 63179-0093 ACCOUNT NO. ENDING 0697 | | | 2006 Lincoln Navigator | | | | $27,757.55 | $0.00 |
| Schedule D page 1 of 2 | | | Subtotal ▶ (Total of this page) | | | | $80,309.21 | $0.00 |

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND AN ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Midwest Bank<br>500 Chestnut<br>Hinsdale, IL 60521<br><br>Midwest Bank<br>Loan Processing Center<br>501 W. North Avenue<br>Melrose Park, IL 60160<br><br>ACCOUNT NO. ENDING 242 | X | | Mortgaged residential property; tenant by the entireties | | | | $631,305.65 | $0.00 |
| MB Financial Bank<br>P.O. Box 6261<br>Chicago, IL 60680<br><br>MB Financial Bank<br>1400 16th Street<br>Oak Brook, IL 60523<br><br>ACCOUNT NO. ENDING 765 | X | | Mortgaged residential property; tenant by the entireties | | | | $197,705.73 | $0.00 |
| U.S. Bank N.A.<br>P.O. Box 2188<br>Oshkosh, WI 54903-2188<br><br>P.O. Box 790117<br>St. Louis, MO 63179-0117<br><br>ACCOUNT NO. ENDING 2831 | | | Vehicle Lease for 2009 Jeep Wrangler | | | | $11,000.00 | $0.00 |

Schedule D page 2 of 2

Value $Unknown
Subtotal ►
(Total of this page)

Total ►
(Use only on last page)

| | |
|---|---|
| $840,011.38 | $0.00 |
| **$920,320.59** | **$0.00** |

-2-

B6E (Official Form 6E) (04/10)

In re  Peter G. Dumon                                        ,        Case No._____
                    **Debtor**                                                                      **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.  Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors.  If a joint petition  is filed, state whether the  husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."      If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet.  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet.  Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

[X]   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

[ ] **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

[ ] **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

[ ] **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ] **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**B6E (Official Form 6E) (04/10) – Cont.**


In re ___Peter G. Dumon_____ ,      Case No._____
**Debtor**                                            **(if known)**


☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐ **Deposits by individuals**

  Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).


☐ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).


*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*


_____0___ continuation sheets attached

**B6F (Official Form 6F) (12/07)**

In re _____ Peter G. Dumon _____ ,    Case No. _____
           **Debtor**                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>See attached "Continuation Sheets - Rider." | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | Subtotal➤ | | | $ |

____14____ continuation sheets attached

                                         Total➤    $ **Unknown**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re  Peter G. Dumon                          ,          Case No. _____
    **Debtor**               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## Continuation Sheets - Rider

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Amalgamated Bank, as trustee of the Longview Ultra Construction Loan Investment Fund<br>Attn:  Debbie Nisson & Roy Dickinson<br>1825 K Street, NW<br>Washington, D.C. 20006<br><br>c/o Deutsch, Levy & Engel, Chartered<br>Attn:  Kenneth W. Funk<br>225 W. Washington Street<br>Suite 1700<br>Chicago, Illinois 60606<br><br>ACCOUNT NO.  N/A | X | | Dec. 14, 2007; Payment Guaranty Agreement and Completion Guaranty Agreement re River Road Expansion Partners, LLC | X | X | | $20,265,000.00 plus accrued interest, fees & costs |
| Amalgamated Bank, as trustee of the Longview Ultra Construction Loan Investment Fund<br>Attn:  Debbie Nisson & Roy Dickinson<br>1825 K Street, NW<br>Washington, D.C. 20006<br><br>c/o Deutsch, Levy & Engel, Chartered<br>Attn:  Kenneth W. Funk<br>225 W. Washington Street<br>Suite 1700<br>Chicago, Illinois 60606<br><br>ACCOUNT NO.  N/A | X | | Feb. 25, 2007; Payment Guaranty Agreement and Completion Guaranty Agreement re River Road Hotel Partners, LLC | X | X | | $10,000,000.00 plus accrued interest, fees & costs |

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Amalgamated Bank, as trustee of the Longview Ultra Construction Loan Investment Fund<br>Attn:  Debbie Nisson & Roy Dickinson<br>1825 K Street, NW<br>Washington, D.C. 20006<br><br>Amalgamated Bank<br>15 Union Square<br>Attn:  Ronald E. Luraschi<br>New York, New York 10003<br><br>c/o Deutsch, Levy & Engel, Chartered<br>Attn:  Kenneth W. Funk<br>225 W. Washington Street<br>Suite 1700<br>Chicago, Illinois 60606<br><br>ACCOUNT NO.  N/A | X | | Feb. 25, 2007; Payment Guaranty Agreement and Completion Guaranty Agreement re River Road Restaurant Pads, LLC | X | X | | $7,500,000.00 plus accrued interest, fees & costs |
| Anglo Irish Bank Corporation PLC<br>Attn:  James Whelan & Jeffrey Dybas<br>222 East 41st Street<br>25th Floor<br>New York, New York 10017<br><br>Anglo Irish Bank Corporation PLC<br>Attn:  Owen O'Neill<br>Stephens Court<br>18-21 Stephens Green<br>Dublin 2, Ireland<br><br>c/o Troutman Sanders LLP<br>Attn:  Mitchell Fenton<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, New York 10174<br><br>c/o Bryan Cave LLP<br>Attn:  Leslie Allen Bayles<br>161 N. Clark Street<br>Suite 4300<br>Chicago, Illinois 60601<br><br>ACCOUNT NO.  N/A | X | | April 27, 2006; Interest and Carry Guaranty re Construction Loan Agreement with AMC Delancey HMA Naperville Partners, L.P. | X | X | | $19,960,091.64 plus accrued interest, fees & costs |

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Anglo Irish Bank Corporation PLC<br>Attn:  James Whelan & Jeffrey Dybas<br>222 East 41st Street, 25th Floor<br>New York, New York 10017<br><br>Anglo Irish Bank Corporation PLC<br>Attn:  Owen O'Neill<br>Stephens Court<br>18-21 Stephens Green<br>Dublin 2, Ireland<br><br>c/o Troutman Sanders LLP<br>Attn:  Mitchell Fenton<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, New York 10174<br><br>c/o Bryan Cave LLP<br>Attn:  Leslie Allen Bayles<br>161 N. Clark Street, Suite 4300<br>Chicago, Illinois 60601<br><br>ACCOUNT NO.  N/A | | | April 27, 2006; Non-Recourse Carveout Guaranty re Construction Loan Agreement with AMC Delancey HMA Naperville Partners, L.P. | X | X | | Unknown |
| Anglo Irish Bank Corporation PLC<br>Attn:  James Whelan & Jeffrey Dybas<br>222 East 41st Street, 25th Floor<br>New York, New York 10017<br><br>Anglo Irish Bank Corporation PLC<br>Attn:  Owen O'Neill<br>Stephens Court<br>18-21 Stephens Green<br>Dublin 2, Ireland<br><br>c/o Troutman Sanders LLP<br>Attn:  Mitchell Fenton<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, New York 10174<br><br>c/o Bryan Cave LLP<br>Attn:  Leslie Allen Bayles<br>161 N. Clark Street, Suite 4300<br>Chicago, Illinois 60601<br><br>ACCOUNT NO.  N/A | | | April 27, 2006; Partial Repayment Guaranty re Construction Loan Agreement with AMC Delancey HMA Naperville Partners, L.P. | X | X | | $7,840,000.00 plus accrued interest, fees & costs |

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Anglo Irish Bank Corporation PLC<br>Attn:  James Whelan & Jeffrey Dybas<br>222 East 41st Street, 25th Floor<br>New York, New York 10017<br><br>Anglo Irish Bank Corporation PLC<br>Attn:  Owen O'Neill<br>Stephens Court<br>18-21 Stephens Green<br>Dublin 2, Ireland<br><br>c/o Troutman Sanders LLP<br>Attn:  Mitchell Fenton<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, New York 10174<br><br>c/o Bryan Cave LLP<br>Attn:  Leslie Allen Bayles<br>161 N. Clark Street, Suite 4300<br>Chicago, Illinois 60601<br><br>ACCOUNT NO.  N/A | | | April 27, 2006; Guaranty of Completion re Construction Loan Agreement with AMC Delancey HMA Naperville Partners, L.P. | X | X | | Unknown |
| Arboretum Limited Partnership<br>Attn:  Gayle M. Franzen<br>301 Arboretum Circle<br>Wheaton, Illinois 60189<br><br>ACCOUNT NO. N/A | X | | June 22, 2009; Amended and Restated Promissory Note | X | X | | $1,300,000.00 plus accrued interest, fees & costs |
| Catco Investments, LLC<br>1200 N. Ashland Avenue, Suite 600<br>Chicago, Illinois 60622<br><br>ACCOUNT NO.  N/A | X | | Dec. 15, 2005, Feb. 15, 2007, April 2, 2007, June 15, 2007, March 25, 2008; Loan and equity return guaranty | X | X | | $18,556,833.00 plus accrued interest, fees & costs |
| Chicago Title Land Trust Company, as successor trustee to Amalgamated Bank of Chicago<br>c/o George Hanus<br>200 W. Madison St., Suite 4200<br>Chicago, Illinois 60606<br><br>ACCOUNT NO. ENDING 14 | X | | May 31, 2007; Guaranty re Real Estate Sales Contract re Franklin Hotel Partners, LLC | X | X | | Unknown |

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Discover Card<br>c/o Discover Financial Services<br>P.O. Box 30943<br>Salt Lake City, UT 84130<br><br>c/o Discover Financial Services<br>P.O. Box 6103<br>Carol Stream, Illinois 60197<br><br>ACCOUNT NO.  ENDING 1575 | | | April 2010; credit card | X | X | | $11,000.00 |
| DLA Piper LLP (US)<br>Attn:  Richard Klawitter<br>203 N. LaSalle, Suite 1900<br>Chicago, Illinois 60601<br><br>c/o Joseph G. Finnerty, Jr.<br>6225 Smith Ave.<br>Baltimore, Maryland 21209<br><br>ACCOUNT NO.  N/A | X | | Dec. 2007; Settlement Agreement Release | | | | $343,827.78 |
| EREF Mezzanine Fund, LLC<br>c/o Equibase Capital<br>Attn:  Michael W. Husman<br>1200 N. Ashland Avenue, Suite 600<br>Chicago, Illinois 60622<br><br>c/o Petacque & Wall, LLC<br>Attn:  Peter T. Wall<br>1200 N. Ashland Ave, Suite 600<br>Chicago, Illinois 60622<br><br>ACCOUNT NO.  N/A | X | | Feb. 28, 2007; Guaranty of Payment and Completion re River Road Hotel Mezz, LLC and River Road Restaurant Mezz, LLC | X | X | | $14,500,000.00 plus accrued interest, fees & costs |
| Equibase Capital Group, LLC<br>Attn:  Michael W. Husman<br>1200 N. Ashland Avenue, Suite 600<br>Chicago, Illinois 60622<br><br>c/o Petacque & Wall, LLC<br>Attn:  Peter T. Wall<br>1200 N. Ashland Avenue, Suite 600<br>Chicago, Illinois 60622<br><br>ACCOUNT NO.   N/A | X | | July 9, 2008; Note re RADLAX Project | X | X | | $500,000.00 plus accrued interest, fees & costs |

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Everest Monterey, LLC<br>c/o Equibase Capital<br>Attn:  Michael W. Husman<br>1200 N. Ashland Avenue, Suite 600<br>Chicago, Illinois 60622<br><br>c/o Petacque & Wall, LLC<br>Attn:  Peter T. Wall<br>1200 N. Ashland Avenue, Suite 600<br>Chicago, Illinois 60622<br><br>ACCOUNT NO. N/A | X | | March 28, 2007; Guaranty of Payment re Hotel Pacific Partners, LLC | X | X | | $7,323,646.52 plus accrued interest, fees & costs |
| First Chicago Bank & Trust<br>Itasca Branch<br>Attn:  Sean Gallagher<br>1145 N. Arlington Heights Road<br>Itasca, Illinois 60143<br>ACCOUNT NO. ENDING 387-1 | | | Nov. 18, 2009; Commercial Guaranty re Portfolio Hotels & Resorts, LLC | X | X | | $375,000.00 plus accrued interest, fees & costs |
| Fletcher, James H.<br>Fletcher, Gerda<br>Ocean Reef Club<br>7 Torchwood Lane<br>North Key Largo, Florida 33037<br><br>ACCOUNT NO. N/A | X | | June 22, 2009; Amended and Restated Promissory Note | X | X | | $1,200,000.00 plus accrued interest, fees & costs |
| Gupta, Mark<br>c/o True Consulting, LLC.<br>True Chicago<br>1211 W. 22nd Street, Suite 1000<br>Oak Brook, Illinois 60523<br><br>ACCOUNT NO. N/A | | | March 3, 2008; Promissory Note | X | X | | $700,000.00 |
| Hinsdale Bank and Trust<br>Attn:  Dennis Jones, Chairman & CEO<br>25 East First St.<br>Hinsdale, IL 60521<br><br>ACCOUNT NO. N/A | X | | March 18, 2008; Promissory Note, Commercial Security Agreement, and Commercial Pledge Agreement | | | | $139,473.16 |

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Holiday Hospitality Franchising, Inc. Attn:  Vice President, Franchise Administration Three Ravinia Drive, Suite 100 Atlanta, Georgia 30346<br><br>ACCOUNT NO.  N/A | X | | Feb. 26, 2007; Guaranty re River Road Partners, LLC License for Intercontinental Hotels & Resorts | X | X | | Unknown |
| Holiday Hospitality Franchising, Inc. Attn:  Vice President, Franchise Administration Three Ravinia Drive, Suite 100 Atlanta, Georgia 30346<br><br>ACCOUNT NO.  N/A | X | | April 26, 2006; Guaranty re License with AMC Delancey HMA Naperville Partners, L.P. | X | X | | Unknown |
| Horn, Helmut 211 East Ohio Street Chicago, Illinois 60661<br><br>c/o Portfolio Hotels & Resorts 9501 Technology Blvd. Suite 401 Rosemont, Illinois 60018<br><br>ACCOUNT NO.  N/A | | | 2006; Personal loan | | | | $100,000.00 |
| IFC Corporation 8700 Waukegan Road Suite 100 Morton Grove, Illinois 60053<br><br>ACCOUNT NO.  N/A | X | | Sept. 26, 2007; Master Lease Agreement | X | X | | $2,500,000.00 plus accrued interest, fees & costs |

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| JPMorgan Chase Bank, N.A.<br>Attn:  Micah Goodman<br>270 Park Avenue<br>10th Floor<br>New York, New York 10017<br><br>c/o Thelen Reid Brown Raysman & Steiner, LLP<br>Attn:  Dino Fazlibegu<br>875 Third Avenue<br>New York, New York 10022<br><br>c/o ARCap Servicing, Inc.<br>Attn:  Clyde Greenhouse<br>5221 N. O'Conner Blvd<br>Suite 600<br>Irving, Texas 75309<br><br>ACCOUNT NO.  N/A |  | X | June 6, 2007; Guaranty of Non-Recourse Carveouts re Wheeling Hotel Owner, LLC | X | X |  | Unknown |
| Liberty Property Group, L.L.C.<br>c/o George Hanus<br>200 W. Madison St., Suite 4200<br>Chicago, Illinois 60606<br><br>ACCOUNT NO. ENDING 14 |  | X | May 31, 2007; Guaranty re Real Estate Sales Contract re Franklin Hotel Partners, LLC | X | X |  | Unknown |
| Marriott International, Inc.<br>Attn:  Franchise Attorney<br>Law Department 52/923.25<br>10400 Fernwood Road<br>Bethesda, Maryland 20817<br><br>Marriott International, Inc.<br>Attn:  Vice President, Owner & Franchise Services<br>Law Department 52/923.25<br>10400 Fernwood Road<br>Bethesda, Maryland 20817<br><br>ACCOUNT NO.  N/A |  | X | Dec. 21, 2005; Guaranty re Franchise Agreement re Harp Midam Beachwood Hotel Investors, LLC  (Cleveland Beachwood, Ohio) | X | X |  | Unknown |

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Marriott International, Inc. Attn:  Franchise Attorney Law Department 52/923.25 10400 Fernwood Road Bethesda, Maryland 20817<br><br>Marriott International, Inc. Attn:  Vice President, Owner & Franchise Services Law Department 52/923.25 10400 Fernwood Road Bethesda, Maryland 20817<br><br>ACCOUNT NO.  N/A | X | | June 7, 2006; Guaranty re Marriott Hotel Franchise Agreement with AMC Delancey HMA Naperville Partners, L.P. | X | X | | $2,000,000.00 plus accrued interest, fees & costs |
| Marriott International, Inc. Attn:  Franchise Attorney Law Department 52/923.25 10400 Fernwood Road Bethesda, Maryland 20817<br><br>Marriott International, Inc. Attn:  Vice President, Owner & Franchise Services Law Department 52/923.25 10400 Fernwood Road Bethesda, Maryland 20817<br><br>ACCOUNT NO.  N/A | X | | Aug. 27, 2007; Guaranty re Franchise Agreement with Harp Des Plaines, LLC (Fairfield Inn) | X | X | | Unknown |
| Marriott International, Inc. Attn:  Franchise Attorney Law Department 52/923.25 10400 Fernwood Road Bethesda, Maryland 20817<br><br>Marriott International, Inc. Attn:  Vice President, Owner & Franchise Services Law Department 52/923.25 10400 Fernwood Road Bethesda, Maryland 20817<br><br>ACCOUNT NO.  N/A | X | | Aug. 27, 2007; Guaranty re Franchise Agreement with Harp Des Plaines, LLC (TownePlace Suites) | X | X | | Unknown |

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| MB Financial Bank<br>Attn: Christina Frank<br>800 West Madison, 3rd Floor<br>Chicago, Illinois 60607<br><br>MB Financial Bank<br>Attn: Carolyn Gergits & George Claim<br>6111 N. River Road<br>Rosemont, Illinois 60018<br><br>c/o Dykema Gossett, PLLC<br>Attn: Michael S. Kurtzon<br>10 S. Wacker Drive<br>Chicago, Illinois 60606<br><br>ACCOUNT NO. ENDING 45 | X | | Aug. 25, 2006; Guaranty re Midco Wheeling, LLC | X | X | | $16,196,000.00 plus accrued interest, fees & costs |
| MB Financial<br>Attn: Christina Frank<br>800 West Madison, 3rd Floor<br>Chicago, Illinois 60607<br><br>MB Financial Bank<br>Attn: Carolyn Gergits & George Claim<br>6111 N. River Road<br>Rosemont, Illinois 60018<br><br>c/o Dykema Gossett, PLLC<br>Attn: Michael S. Kurtzon<br>10 S. Wacker Drive<br>Chicago, Illinois 60606<br><br>ACCOUNT NO. N.A. | X | | June 19, 2006; Guaranty re Harp Hospitality | X | X | | $2,000,000.00 plus accrued interest, fees & costs |

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| New Century Bank<br>Attn:  Jo Ann Wong<br>363 W. Ontario<br>Chicago, Illinois 60610<br><br>c/o Duane Morris, LLP<br>Attn:  Kenneth A. Latimer<br>190 S. LaSalle Street<br>Chicago, Illinois 60603<br><br>ACCOUNT NO. ENDING 727 | X | | Nov. 30, 2006; Commercial Guaranty re Harp Des Plaines, LLC | X | X | | $7,250,000.00 plus accrued interest, fees & costs |
| Principal Commercial Acceptance, LLC<br>Attn:  Commercial Real Estate Servicing<br>11050 Roe Avenue<br>Overland Park, Kansas 66211<br><br>ACCOUNT NO. ENDING 540 | | | Aug. 12, 2008; Guaranty (Mezzanine Loan) re loan to SheLAX Gateway Hotel, LLC | X | X | | Unknown |
| Principal Life Insurance Company<br>c/o Principal Real Estate Investors<br>Attn:  Commercial Real Estate Servicing<br>801 Grand Avenue<br>Des Moines, Iowa 50392<br><br>ACCOUNT NO. ENDING 537 | | | Aug. 12, 2008; Guaranty re loan to SheLAX Gateway Hotel, LLC | X | X | | Unknown |
| The Private Bank and Trust<br>Attn:  Mark Smaizys & Kathy Thurston<br>70 West Madison Street, Suite 200<br>Chicago, Illinois 60602<br><br>c/o Crowley & Lamb<br>Attn:  James M. Crowley<br>300 N. LaSalle Street, Suite 900<br>Chicago, Illinois 60654<br><br>ACCOUNT NO. ENDING 9001 | X | | Nov. 1, 2006; Guaranty re Warrenville Road, Naperville | X | X | | $4,770,000.00 plus accrued interest, fees & costs |

Schedule F page 11 of 14

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| The Private Bank and Trust<br>Attn:  Mark Smaizys<br>70 West Madison Street<br>Suite 200<br>Chicago, Illinois 60602<br><br>c/o Crowley & Lamb<br>Attn:  James M. Crowley<br>300 N. LaSalle Street, Suite 900<br>Chicago, Illinois 60654<br><br>ACCOUNT NO. N/A | X | | July 1, 2008; Guaranty re Crescendo Cos. | X | X | | $5,537,633.00 plus accrued interest, fees & costs |
| The Private Bank and Trust Company<br>Attn:  Jim Thompson and Robert A. Moore<br>9501 Technology Blvd., Suite 401<br>Rosemont, Illinois 60018<br><br>c/o Mason, Wenk & Berman, L.L.C.<br>Attn:  Keith J. Wenk<br>1033 Skokie Blvd., Suite 250<br>Northbrook, Illinois 60062<br><br>ACCOUNT NO. ENDING  9001 | X | | May 31, 2007; Guaranty of Payment re Franklin Hotel Partners, LLC | X | X | | $4,175,000.00 plus accrued interest, fees & costs |
| The Sheraton LLC<br>c/o Starwood Hotels and Resorts Worldwide, Inc.<br>Attn:  General Counsel<br>1111 Westchester Avenue<br>White Plains, New York 10604<br><br>The Sheraton LLC<br>Attn:  General Counsel – Franchise Division<br>600 Galleria Parkway, Suite 1700<br>Atlanta, Georgia 30339<br><br>ACCOUNT NO.  N/A | | | Aug. 19, 2008; Guarantee re license agreement with SheLAX Gateway Hotel, LLC | X | X | | Unknown |

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| TNC-Franklin Group, L.L.C.<br>c/o George Hanus<br>200 W. Madison St., Suite 4200<br>Chicago, Illinois 60606<br><br>ACCOUNT NO. ENDING 14 | X | | May 31, 2007; Guaranty re Real Estate Sales Contract re Franklin Hotel Partners, LLC | X | X | | Unknown |
| UBS Real Estate Investments Inc.<br>Attn:  Richard Cadigan and Tessa Peters<br>1251 Avenue of the Americas<br>22nd Floor<br>New York, New York 10020<br><br>c/o Wolf Block Schorr & Solis-Cohen, LLP<br>Attn:  Helene S. Jaron<br>1650 Arch Street, 22nd Floor<br>Philadelphia, PA 19103<br><br>c/o Wachovia Bank, National Association<br>Attn:  Real Estate Capital Markets, Commercial Real Estate Finance<br>301 South College Street – NC0166<br>Charlotte, North Carolina 28288-0166<br><br>ACCOUNT NO.  N/A | X | | March 24, 2007; Indemnity and Guaranty Agreement re Hotel Pacific Monterrey, LLC | X | X | | Unknown |
| Venture Equities Management, Inc.<br>Attn:  Paul Cumberland<br>88 Airport Road<br>Elgin, Illinois 60123<br><br>c/o Lynch & Stern<br>Attn:  Daniel Lynch & Justin Kaplan<br>150 S. Wacker Drive, Suite 2600<br>Chicago, Illinois 60606<br><br>ACCOUNT NO.  N/A | | | April 29, 2005; Guaranty | X | X | | $9,815,894.00 plus accrued interest, fees & costs |

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Wells Fargo Bank, National Association<br>c/o Centerline Servicing Inc.<br>Attn:  Peter Kofoed<br>5221 N. O'Connor Blvd., Suite 600<br>Irving, Texas 75039<br><br>ACCOUNT NO. ENDING 3191 | X | | Dec. 9, 2005; Limited Guaranty re Harp Midam Beachwood Hotel Investors, LLC | X | X | | Unknown |
| Wheeling Hotel Marathon Interests, LLC<br>c/o Marathon Real Estate Opportunity Fund, Attn:  Ron Bernstein<br>461 Fifth Avenue, 14th Floor<br>New York, New York 10017<br><br>c/o Marathon Real Estate Opportunity Fund, Attn:  Chief Legal Counsel<br>461 Fifth Avenue, 14th Floor<br>New York, New York 10017<br><br>c/o Arent Fox LLC<br>Attn:  Mark M. Katz<br>1050 Connecticut Ave, N.W.<br>Washington, D.C. 20036<br><br>Wheeling Hotel Marathon Interests, LLC, Attn:  Ron Bernstein & David Friedman<br>One Bryant Park, 38th Floor<br>New York, New York 10036<br><br>ACCOUNT NO.  N/A | X | | June 6, 2007; Indemnity re Limited Liability Company Agreement of Wheeling Hotel Joint Venture, LLC | X | X | | Unknown |
| | | | | | | Total: | **Unknown** |

**B6G (Official Form 6G) (12/07)**

In re _____Peter G. Dumon_____ ,        Case No._____
                              **Debtor**                                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

  Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| U.S. Bank N.A., P.O. Box 2188, Oshkosh, WI 54903-2188 and P.O. Box 790117, St. Louis, MO 63179-0117 | Vehicle lease for 2009 Jeep Wrangler |
| | |
| | |
| | |
| | |
| | |

B6F (Official Form 6H) (12/07)

In re  Peter G. Dumon_____,        Case No. _____
            **Debtor**                                        **(if known)**

# SCHEDULE H - CODEBTORS

      Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Julie Dumon<br>555 North Garfield Avenue<br>Hinsdale, Illinois 60521 | **Hinsdale Bank and Trust**, Attn:  Dennis Jones, Chairman and CEO, 25 East First St., Hinsdale, IL 60521<br><br>**Midwest Bank**, 500 Chestnut, Hinsdale, Illinois 60521 and Loan Processing Center, 501 W. North Avenue, Melrose Park, Illinois 60160<br><br>**MB Financial Bank**, P.O. Box 6261, Chicago, Illinois 60680 and 1400 16th Street, Oak Brook, Illinois 60523 |
| Julie A. Dumon Trust<br>c/o Julie Dumon<br>555 North Garfield Avenue<br>Hinsdale, Illinois 60521 | **Hinsdale Bank and Trust**, Attn:  Dennis Jones, Chairman and CEO, 25 East First St., Hinsdale, IL 60521 |
| David P. Bossy<br>936 Taft Road<br>Hinsdale, Illinois 60521 | **Amalgamated Bank**, Attn:  Debbie Nisson & Roy Dickinson, 1825 K Street, NW, Washington, D.C. 20006; 15 Union, Square, Attn:  Ronald E. Luraschi, New York, New York 10003; and c/o Deutsch, Levy & Engel, Chartered, Attn:  Kenneth W. Funk, 225 W. Washington Street, Suite 1700, Chicago, Illinois 60606<br><br>**Chicago Title Land Trust Company**, c/o George Hanus, 200 W. Madison St., Suite 4200, Chicago, Illinois 60606<br><br>**EREF Mezzanine Fund, LLC**, c/o Equibase Capital, Attn:  Michael W. Husman, 1200 N. Ashland Avenue, Suite 600, Chicago, Illinois 60622 and c/o Petacque & Wall, LLC, Attn:  Peter T. Wall, 1200 N. Ashland Ave, Suite 600, Chicago, Illinois 60622<br><br>**Equibase Capital Group, LLC**, Attn:  Michael W. Husman, 1200 N. Ashland Avenue, Suite 600, Chicago, Illinois 60622 and c/o Petacque & Wall, LLC, Attn:  Peter T. Wall, 1200 N. Ashland Avenue, Suite 600, Chicago, Illinois 60622<br><br>**Everest Monterey, LLC**, c/o Equibase Capital, Attn:  Michael W. Husman, 1200 N. Ashland Avenue, Suite 600, Chicago, Illinois 60622 and c/o Petacque & Wall, LLC, Attn:  Peter T. Wall, 1200 N. Ashland Ave, Suite 600, Chicago, Illinois 60622<br><br>**Holiday Hospitality Franchising, Inc.**, Attn:  Vice President, Franchise Administration, Three Ravinia Drive, Suite 100, Atlanta, Georgia 30346<br><br>**JPMorgan Chase Bank, N.A.**, Attn:  Micah Goodman, 270 Park Avenue, 10th Floor, New York, New York 10017; c/o Thelen Reid Brown Raysman & Steiner, LLP, Attn:  Dino Fazlibegu, 875 Third Avenue, New York, New York 10022; and c/o ARCap Servicing, Inc., Attn:  Clyde Greenhouse, 5221 N. O'Conner Blvd, Suite 600, Irving, Texas 75309<br><br>**Liberty Property Group, L.L.C.**, c/o George Hanus, 200 W. Madison St., Suite 4200, Chicago, Illinois 60606 |

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| David P. Bossy (continued) | **Marriot International, Inc.**, Attn: Franchise Attorney, Law Department 52/923.25, 10400 Fernwood Road, Bethesda, Maryland 20817 and Attn: Vice President, Owner & Franchise Services, Law Department 52/923.25, 10400 Fernwood Road, Bethesda, Maryland 20817 |
| | **New Century Bank**, Attn: Jo Ann Wong, 363 W. Ontario, Chicago, Illinois 60610 and c/o Duane Morris, LLP, Attn: Kenneth A. Latimer, 190 S. LaSalle Street, Chicago, Illinois 60603 |
| | **The Private Bank and Trust Company**, Attn: Mark Smaizys, 70 West Madison Street, Suite 200, Chicago, Illinois 60602; c/o Crowley & Lamb, Attn: James M. Crowley, 300 N. LaSalle Street, Suite 900, Chicago, Illinois 60654; Attn: Jim Thompson and Robert A. Moore, 1110 Jorie Blvd., Oakbrook, Illinois 60523; and c/o Mason, Wenk & Berman, L.L.C., Attn: Keith J. Wenk, 1033 Skokie Blvd., Suite 250, Northbrook, Illinois 60062 |
| | **TNC-Franklin LLC**, c/o George Hanus, 200 W. Madison St., Suite 4200, Chicago, Illinois 60606 |
| | **UBS Real Estate Investments Inc.**, Attn: Richard Cadigan and Tessa Peters, 1251 Avenue of the Americas, 22nd Floor, New York, New York 10020; c/o Wolf Block Schorr & Solis-Cohen, LLP, Attn: Helene S. Jaron, 1650 Arch Street, 22nd Floor, Philadelphia, PA 19103; and c/o Wachovia Bank, National Association, Attn: Real Estate Capital Markets, Commercial Real Estate Finance, 301 South College Street – NC0166, Charlotte, North Carolina 28288-0166 |
| | **Wheeling Hotel Marathon Interests, LLC**, c/o Marathon Real Estate Opportunity Fund, Attn: Ron Bernstein, 461 Fifth Avenue, 14th Floor, New York, New York 10017; c/o Marathon Real Estate Opportunity Fund, Attn: Chief Legal Counsel, 461 Fifth Avenue, 14th Floor, New York, New York 10017; c/o Arent Fox LLC, Attn: Mark M. Katz, 1050 Connecticut Ave, N.W., Washington, D.C. 20036; and Wheeling Hotel Marathon Interests, LLC, Attn: Ron Bernstein & David Friedman, One Bryant Park, 38th Floor, New York, New York 10036 |
| Michael D. Firsel 1044 S. Sanctuary Court Vernon Hills, Illinois 60061 | **Amalgamated Bank**, Attn: Debbie Nisson & Roy Dickinson, 1825 K Street, NW, Washington, D.C. 20006; 15 Union, Square, Attn: Ronald E. Luraschi, New York, New York 10003; and c/o Deutsch, Levy & Engel, Chartered, Attn: Kenneth W. Funk, 225 W. Washington Street, Suite 1700, Chicago, Illinois 60606 |
| | **Catco Investments, LLC**, 1200 N. Ashland Avenue, Suite 600, Chicago, Illinois 60622 |
| | **EREF Mezzanine Fund, LLC**, c/o Equibase Capital, Attn: Michael W. Husman, 1200 N. Ashland Avenue, Suite 600, Chicago, Illinois 60622 and c/o Petacque & Wall, LLC, Attn: Peter T. Wall, 1200 N. Ashland Ave, Suite 600, Chicago, Illinois 60622 |
| | **Equibase Capital Group, LLC**, Attn: Michael W. Husman, 1200 N. Ashland Avenue, Suite 600, Chicago, Illinois 60622 and c/o Petacque & Wall, LLC, Attn: Peter T. Wall, 1200 N. Ashland Avenue, Suite 600, Chicago, Illinois 60622 |
| | **Everest Monterey, LLC**, c/o Equibase Capital, Attn: Michael W. Husman, 1200 N. Ashland Avenue, Suite 600, Chicago, Illinois 60622 and c/o Petacque & Wall, LLC, Attn: Peter T. Wall, 1200 N. Ashland Ave, Suite 600, Chicago, Illinois 60622 |
| | **Holiday Hospitality Franchising, Inc.**, Attn: Vice President, Franchise Administration, Three Ravinia Drive, Suite 100, Atlanta, Georgia 30346 |
| | **IFC Corporation**, 8700 Waukegan Road, Suite 100, Morton Grove, Illinois 6005 |
| | **JPMorgan Chase Bank, N.A.**, Attn: Micah Goodman, 270 Park Avenue, 10th Floor, New York, New York 10017; c/o Thelen Reid Brown Raysman & Steiner, LLP, Attn: Dino Fazlibegu, 875 Third Avenue, New York, New York 10022; and c/o ARCap Servicing, Inc., Attn: Clyde Greenhouse, 5221 N. O'Conner Blvd, Suite 600, Irving, Texas 75309 |
| | **Marriot International, Inc.**, Attn: Franchise Attorney, Law Department 52/923.25, 10400 Fernwood Road, Bethesda, Maryland 20817 and Attn: Vice President, Owner & Franchise Services, Law Department 52/923.25, 10400 Fernwood Road, Bethesda, Maryland 20817 |

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Michael D. Firsel (continued) | **MB Financial Bank**, Attn:  Christina Frank, 800 West Madison, 3rd Floor, Chicago, Illinois 60607; Attn:  Carolyn Gergits & George Claim, 6111 N. River Road, Rosemont, Illinois 60018; and c/o Dykema Gossett, PLLC, Attn:  Michael S. Kurtzon, 10 S. Wacker Drive, Chicago, Illinois 60606<br><br>**New Century Bank**, Attn:  Jo Ann Wong, 363 W. Ontario, Chicago, Illinois 60610 and c/o Duane Morris, LLP, Attn:  Kenneth A. Latimer, 190 S. LaSalle Street, Chicago, Illinois 60603<br><br>**The Private Bank and Trust Company**, Attn:  Mark Smaizys, 70 West Madison Street, Suite 200, Chicago, Illinois 60602; c/o Crowley & Lamb, Attn:  James M. Crowley, 300 N. LaSalle Street, Suite 900, Chicago, Illinois 60654; Attn:  Jim Thompson and Robert A. Moore, 1110 Jorie Blvd., Oakbrook, Illinois 60523; and c/o Mason, Wenk & Berman, L.L.C., Attn:  Keith J. Wenk, 1033 Skokie Blvd., Suite 250, Northbrook, Illinois 60062<br><br>**UBS Real Estate Investments Inc.**, Attn:  Richard Cadigan and Tessa Peters, 1251 Avenue of the Americas, 22nd Floor, New York, New York 10020; c/o Wolf Block Schorr & Solis-Cohen, LLP, Attn:  Helene S. Jaron, 1650 Arch Street, 22nd Floor, Philadelphia, PA 19103; and c/o Wachovia Bank, National Association, Attn:  Real Estate Capital Markets, Commercial Real Estate Finance, 301 South College Street – NC0166, Charlotte, North Carolina 28288-0166<br><br>**Wheeling Hotel Marathon Interests, LLC**, c/o Marathon Real Estate Opportunity Fund, Attn:  Ron Bernstein, 461 Fifth Avenue, 14th Floor, New York, New York 10017; c/o Marathon Real Estate Opportunity Fund, Attn:  Chief Legal Counsel, 461 Fifth Avenue, 14th Floor, New York, New York 10017; c/o Arent Fox LLC, Attn:  Mark M. Katz, 1050 Connecticut Ave, N.W., Washington, D.C. 20036; and Wheeling Hotel Marathon Interests, LLC, Attn:  Ron Bernstein & David Friedman, One Bryant Park, 38th Floor, New York, New York 10036 |
| Timothy G. Franzen c/o The Harp Group 9501 Technology Blvd. Suite 401 Rosemont, Illinois 60018 | **Arboretum Limited Partnership**, Attn:  Gayle M. Franzen, 301 Arboretum Circle, Wheaton, Illinois 60189<br><br>**James H. Fletcher & Gerda Fletcher**, Ocean Reef Club, 7 Torchwood Lane, North Key Largo, Florida 33037<br><br>**Marriott International, Inc.**, Attn:  Franchise Attorney, Law Department 52/923.25, 10400 Fernwood Road, Bethesda, Maryland 20817 and Attn:  Vice President, Owner & Franchise Services, Law Department 52/923.25, 10400 Fernwood Road, Bethesda, Maryland 20817 |
| Graham Hershman 522 North Oak Street Hinsdale, Illinois 60521<br><br>c/o Portfolio Hotels & Resorts 9501 Technology Blvd. Suite 401 Rosemont, Illinois 60018 | **Holiday Hospitality Franchising, Inc.**, Attn:  Vice President, Franchise Administration, Three Ravinia Drive, Suite 100, Atlanta, Georgia 30346 |
| Helmut Horn 211 East Ohio Street Chicago, Illinois 60661<br><br>c/o Portfolio Hotels & Resorts 9501 Technology Blvd. Suite 401 Rosemont, Illinois 60018 | **Holiday Hospitality Franchising, Inc.**, Attn:  Vice President, Franchise Administration, Three Ravinia Drive, Suite 100, Atlanta, Georgia 30346 |

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Marathon Real Estate Opportunity Fund LLC<br>461 Fifth Avenue<br>14th Floor<br>New York, New York 10017 | **JPMorgan Chase Bank, N.A.**, Attn:  Micah Goodman, 270 Park Avenue, 10th Floor, New York, New York 10017; c/o Thelen Reid Brown Raysman & Steiner, LLP, Attn:  Dino Fazlibegu, 875 Third Avenue, New York, New York 10022; and c/o ARCap Servicing, Inc., Attn:  Clyde Greenhouse, 5221 N. O'Conner Blvd, Suite 600, Irving, Texas 75309 |
| The Harp Group, Inc.<br>Attn:  Timothy G. Franzen<br>9501 Technology Blvd.,<br>Suite 401<br>Rosemont, Illinois 60018 | **DLA Piper LLP (US)**, Attn:  Richard Klawitter, 203 N. LaSalle, Suite 1900, Chicago, Illinois 60601 and c/o Joseph G. Finnerty, Jr., 6225 Smith Ave., Baltimore, Maryland 21209 |

**B6I (Official Form 6I) (12/07)**

In re _____ Peter G. Dumon _____ ,   Case No. _____
   **Debtor**                                                                                    **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE |
|---|---|
|  | RELATIONSHIP(S):  Julie Dumon, spouse (40); Tyler, son (17); Matthew, son (15); Caroline, daughter (12); Charles, son (11) |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation |  |  |
| Name of Employer | Harp Wheeling, LLC |  |
| How long employed |  |  |
| Address of Employer | 1110 Jorie Boulevard, Third Floor Oakbrook, Illinois 60523 |  |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
|  | $0 | $0 |
| 1.  Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0 | $0 |
| 2.  Estimate monthly overtime |  |  |
| 3.  SUBTOTAL | $0 | $0 |
| 4.  LESS PAYROLL DEDUCTIONS |  |  |
| a.  Payroll taxes and social security | $ | $ |
| b.  Insurance | $ | $ |
| c.  Union dues | $ | $ |
| d.  Other (Specify): _____ | $ | $ |
| 5.  SUBTOTAL OF PAYROLL DEDUCTIONS | $0 | $0 |
| 6.  TOTAL NET MONTHLY TAKE HOME PAY | $0 | $0 |
| 7.  Regular income from operation of business or profession or farm (Attach detailed statement) | $0 | $ 30,000 |
| 8.  Income from real property | $0 | $0 |
| 9.  Interest and dividends | $0 | $0 |
| 10.  Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0 | $0 |
| 11.  Social security or government assistance (Specify):_____ | $0 | $0 |
| 12.  Pension or retirement income | $0 | $0 |
| 13.  Other monthly income (Specify):_____ | $0 | $0 |
| 14.  SUBTOTAL OF LINES 7 THROUGH 13 | $0 | $ 30,000 |
| 15.  AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $0 | $ 30,000 |
| 16.  COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 30,000 |  |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

   None.

**B6J (Official Form 6J) (12/07)**

In re _____ Peter G. Dumon _____ ,        Case No. _____
                        **Debtor**                                                    **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐    Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 7,000 |
|    a. Are real estate taxes included?    Yes _____    No ✓ | |
|    b. Is property insurance included?    Yes _____    No ✓ | |
| 2. Utilities:   a. Electricity and heating fuel | $ |
|          b. Water and sewer | $ |
|          c. Telephone | $ |
|          d. Other _____ | $ |
| 3. Home maintenance (repairs and upkeep) | $ 250 |
| 4. Food | $ 1,500 |
| 5. Clothing | $ 1,500 |
| 6. Laundry and dry cleaning | $ 250 |
| 7. Medical and dental expenses | $ 500 |
| 8. Transportation (not including car payments) | $ 500 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 2,000 |
| 10. Charitable contributions | $ 1,000 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|      a. Homeowner's or renter's | $ |
|      b. Life | $ 800 |
|      c. Health | $ |
|      d. Auto | $ 350 |
|      e. Other _____ | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) _____ | $ 1,250 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|      a. Auto | $ 2,000 |
|      b. Other _____ | $ 3,000 |
|      c. Other _____ | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other _____ | $ |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 21,900 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:


20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
|    a. Average monthly income from Line 15 of Schedule I | $ 30,000 |
|    b. Average monthly expenses from Line 18 above | $ 21,900 |
|    c. Monthly net income (a. minus b.) | $ 8,100 |

In re _____Peter G. Dumon_____ ,    Case No. _____
    **Debtor**                                                                          **(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __32__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __May 3, 2010_____    Signature: __/s/ Peter G. Dumon_____
                                                                                        Debtor

Date _____    Signature: _____
                                                                                (Joint Debtor, if any)

[If joint case, both spouses must sign.]

-----------------------------------------------------------------------------------------
**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any,                            Social Security No.
of Bankruptcy Petition Preparer                                        *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X _____    _____
    Signature of Bankruptcy Petition Preparer                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*
-----------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                                            Signature: _____

                                            _____
                                            [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
-----------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B 7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In re: <u>Peter G. Dumon</u>_____,    Case No. _____
         <span style="padding-left:4em;">Debtor</span>                                                      <span style="padding-left:6em;">(if known)</span>

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

---

1. **Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|---|---|---|
| $ | $50,000 | 2010 wages and salaries (thru April 2010) |
| $ | 147,920 | 2009 wages and salaries |
| $ | 233,872 | 2008 wages and salaries |

2

**2.   Income other than from employment or operation of business**

None

☑   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                           SOURCE

---

**3.   Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None

☐   a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☑   b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)*

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

---

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

See attached rider.

None
☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

**6.   Assignments and receiverships**

None  a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the
☑  commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None  b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year**
☑  immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must
include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

---

**7.   Gifts**

None  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case
☐  except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member
and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or
chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Tyler Dumon | Son | December 2009 | Holiday gifts - $1,000 |
| Matthew Dumon | Son | December 2009 | Holiday gifts - $1,000 |
| Carolina Dumon | Daughter | December 2009 | Holiday gifts - $1,000 |
| Charles Dumon | Son | December 2009 | Holiday gifts - $1,000 |

**8.   Losses**

None  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement
☑  of this case **or since the commencement of this case**.  (Married debtors filing under chapter 12 or chapter 13 must
include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY  INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

5

**9.  Payments related to debt counseling or bankruptcy**

None


List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10.  Other transfers**

None


a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None


b.   List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None


List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

6

**12.  Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13.  Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14.   Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15.  Prior address of debtor**

None ☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

**16.  Spouses and Former Spouses**

None

☐  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

Julie Dumon

---

**17.  Environmental Information**.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None

☑   a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None

☑   b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None

☑  c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 .  Nature, location and name of business**

None

☐  a.  *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing

8

executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

See attached rider.

None ☐  b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

See attached rider.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director,  managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19.  Books, records and financial statements

None ☑  a.  List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|

None ☑  b.  List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

9

None ☑   c.  List all firms or individuals who at the time of the commencement of this case were in possession of the
books of account and records of the debtor.  If any of the books of account and records are not available, explain.

        NAME                                          ADDRESS

None ☑   d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

        NAME AND ADDRESS                              DATE ISSUED

---

**20.  Inventories**

None ☑   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the
taking of each inventory, and the dollar amount and basis of each inventory.

                                                       DOLLAR AMOUNT
                                                       OF  INVENTORY
        DATE OF INVENTORY      INVENTORY SUPERVISOR    (Specify cost, market or other
                                                       basis)

None ☑   b.  List the name and address of the person having possession of the records of each of the inventories reported
in a., above.

                                                       NAME AND ADDRESSES
                                                       OF CUSTODIAN
        DATE OF INVENTORY                              OF INVENTORY RECORDS

---

**21 .  Current Partners, Officers, Directors and Shareholders**

None ☑   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the
partnership.

        NAME AND ADDRESS          NATURE OF INTEREST    PERCENTAGE OF INTEREST

None ☑   b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the
corporation.
                                                       NATURE AND PERCENTAGE
        NAME AND ADDRESS                TITLE           OF STOCK OWNERSHIP

---

**22 . Former partners, officers, directors and shareholders**

None    a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                    ADDRESS                    DATE OF WITHDRAWAL

None    b.   If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS              TITLE              DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                                    AMOUNT OF MONEY
OF RECIPIENT,                  DATE AND PURPOSE   OR DESCRIPTION
RELATIONSHIP TO DEBTOR         OF WITHDRAWAL      AND VALUE OF PROPERTY

**24.  Tax Consolidation Group.**

None    If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION        TAXPAYER-IDENTIFICATION NUMBER (EIN)

**25.  Pension Funds.**

None    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND            TAXPAYER-IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

11

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

| | | | |
|---|---|---|---|
| Date | 05/03/2010 | Signature of Debtor | /s/ Peter G. Dumon |
| Date | | Signature of Joint Debtor (if any) | |

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

| | | | |
|---|---|---|---|
| Date | | Signature | |
| | | Print Name and Title | |

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

___continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1)  I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2)  I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

| | |
|---|---|
| Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer | Social-Security No. (Required by 11 U.S.C. § 110.) |

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

Address

| | |
|---|---|
| Signature of Bankruptcy Petition Preparer | Date |

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.***

B7 (Official Form 7) (12/07)

## UNITED STATES BANKRUPTCY COURT
## <u>NORTHERN</u> DISTRICT OF <u>ILLINOIS</u>

In re:   <u>  Peter G. Dumon          </u>,          Case No. <u>                              </u>
                **Debtor**                                              **(if known)**

## RIDER TO STATEMENT OF FINANCIAL AFFAIRS

4.     **Suits and administrative proceedings, executions, garnishments and attachments**
       a.   **Administrative proceedings:**

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| EREF Mezzanine Fund, LLC v. Peter G. Dumon<br><br>No.  2010 L 000412 | Breach of Contract | Circuit Court of Cook County, IL, County Dept., Law Division | Complaint filed 01/12/2010 |
| Everest Monterey, LLC v. Peter G. Dumon<br><br>No.  2009 L 14732 | Breach of Contract | Circuit Court of Cook County, IL, County Dept., Law Division | Complaint filed 12/02/2009; Judgment entered 02/10/2010 |
| New Century Bank v. David P. Bossy, Michael D. Firsel and Peter G. Dumon<br><br>No.  2010 L 000065 | Breach of Contract | Circuit Court of Cook County, IL, County Dept., Law Division | Complaint filed 01/05/2010 |
| Solomon, Cordwell, Buenz & Associates, Inc. v. Franklin Hotel Partners, LLC, *et al.*<br><br>No. 2009 CH 28639 | Mechanics Lien Foreclosure | Circuit Court of Cook County, IL, County Dept., Chancery Division | Complaint filed 10/02/2009 |
| Venture Equities Management, Inc. v. Peter Dumon, Michael Firsel and David Bossy<br><br>No.  2009 L 012761 | Breach of Contract | Circuit Court of Cook County, IL, County Dept., Law Division | Complaint filed 10/27/2009; Judgment entered 04/12/2010 |

18.     **Nature, location and name of business**

*a. If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent of more of the voting or equity securities within **six years** immediately proceeding the commencement of this case.

| NAME | COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Cenitare Restaurants, LLC | 20-4171911 | 9501 Technology Blvd. Suite 401 Rosemont, IL 60018 | Hotel management or development | Manager/General Partner |
| Cole Miner, LLC | 26-0325505 | 9501 Technology Blvd. Suite 401 Rosemont, IL 60018 | Hotel management or development | Member and Manager/General Partner |
| Crescendo Companies, LLC | 20-4916462 | 9501 Technology Blvd. Suite 401 Rosemont, IL 60018 | Hotel management or development | Member and Manager/General Partner |
| Crescendo Holdings, LLC | 20-4916530 | 9501 Technology Blvd. Suite 401 Rosemont, IL 60018 | Hotel management or development | Member and Manager/General Partner |
| Harp Ambassador East, LLC | 20-3907360 | Two Mid-America Plaza Suite 604 OT 60181 | Hotel management or development | Manager/General Partner |
| Harp Corporate Management, LLC | 35-2338574 | 9501 Technology Blvd. Suite 401 Rosemont, IL 60018 | Hotel management or development | Manager/General Partner |
| Harp Des Plaines II, LLC | 37-1499358 | 377 E. Butterfield Road Suite 690 Lombard, IL 60148 | Hotel management or development | Manager/General Partner |
| Harp El Segundo, LLC | 20-3843580 | 9501 Technology Blvd. Suite 401 Rosemont, IL 60018 | Hotel management or development | Manager/General Partner |
| Harp Hospitality Management, LLC | 61-1484104 | 9501 Technology Blvd. Suite 401 Rosemont, IL 60018 | Hotel management or development | Manager/General Partner |
| Harp Midam Diehl Road, LLC | 20-4217188 | 9501 Technology Blvd. Suite 401 Rosemont, IL 60018 | Hotel management or development | Manager/General Partner |
| Harp Midam Naperville, LLC | 20-2978347 | 9501 Technology Blvd. Suite 401 Rosemont, IL 60018 | Hotel management or development | Manager/General Partner |
| Harp Midan Oak Brook Hills, LLC | N/A | 3500 Midwest Road Oak Brook, IL 60523 | Hotel management or development | Manager/General Partner |
| Harp Naperville, LLC | 32-0146778 | 9501 Technology Blvd. Suite 401 Rosemont, IL 60018 | Hotel management or development | Manager/General Partner |
| Harp Warrenville Road, LLC | 20-3047864 | 9501 Technology Blvd. Suite 401 Rosemont, IL 60018 | Hotel management or development | Manager/General Partner |

| NAME | COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Harp Wheeling, LLC | 30-0289326 | 9501 Technology Blvd. Suite 401 Rosemont, IL 60018 | Hotel management or development | Manager/General Partner |
| HM Wheeling, Inc. | 20-0864200 | 9501 Technology Blvd. Suite 401 Rosemont, IL 60018 | Hotel management or development | Member |
| HMA Ambassador East, LLC | 20-3609062 | 9501 Technology Blvd. Suite 401 Rosemont, IL 60018 | Hotel management or development | Manager/General Partner |
| HMA Construction Management, LLC | 20-4483234 | 9501 Technology Blvd. Suite 401 Rosemont, IL 60018 | Hotel management or development | Manager/General Partner |
| HMA Diehl Road, LLC | 20-4659437 | 9501 Technology Blvd. Suite 401 Rosemont, IL 60018 | Hotel management or development | Manager/General Partner |
| Mid-America Corporate Management | 20-4917853 | 9501 Technology Blvd. Suite 401 Rosemont, IL 60018 | Hotel management or development | Manager/General Partner |
| RadLAX Gateway Dumon Holdings, LLC | 26-1323883 | 9501 Technology Blvd. Suite 401 Rosemont, IL 60018 | Hotel management or development | Trustee |
| Restaurant ROE Investors, LLC | 20-5326044 | 9501 Technology Blvd. Suite 401 Rosemont, IL 60018 | Hotel management or development | Manager/General Partner |
| River Road Development Corp. | 20-8087417 | 9501 Technology Blvd. Suite 401 Rosemont, IL 60018 | Hotel management or development | Member |
| The Harp Group, Inc. | 20-1219983 | 9501 Technology Blvd. Suite 401 Rosemont, IL 60018 | Hotel management or development | Member |
| Triple Nickle Holdings, LLC | 14-1837376 | 9501 Technology Blvd. Suite 401 Rosemont, IL 60018 | Hotel management or development | Member |

b.  Indentify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| Same as 18a. above. | |

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re Peter G. Dumon                    ,                    Case No. _____
Debtor                                                                      Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br><br>Midwest Bank | **Describe Property Securing Debt**:<br>Mortgaged residential property; tenant by the entireties. |

Property will be *(check one)*:
    ❑ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
    ❑ Redeem the property
    ☑ Reaffirm the debt
    ❑ Other.  Explain _____ (for example, avoid lien using 11  U.S.C. § 522(f)).

Property is *(check one)*:
    ☑ Claimed as exempt          ❑ Not claimed as exempt

| Property No. 2 *(if necessary)* | |
|---|---|
| **Creditor's Name:**<br><br>MB Financial Bank | **Describe Property Securing Debt**:<br>Mortgaged residential property; tenant by the entireties. |

Property will be *(check one)*:
    ❑ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
    ❑ Redeem the property
    ☑ Reaffirm the debt
    ❑ Other.  Explain _____ (for example, avoid lien using 11  U.S.C. § 522(f)).

Property is *(check one)*:
    ☑ Claimed as exempt          ❑ Not claimed as exempt

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In re Peter G. Dumon                    ,                    Case No. _____
　　　　　　Debtor                                                            Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)*

---

Property No. 1

| **Creditor's Name:** | **Describe Property Securing Debt**: |
|---|---|
| Ford Credit | 2006 Lincoln Navigator |

Property will be *(check one)*:
　　☑ Surrendered　　　　　　☐ Retained

If retaining the property, I intend to *(check at least one)*:
　　☐ Redeem the property
　　☐ Reaffirm the debt
　　☐ Other.  Explain _____ (for example, avoid lien using 11  U.S.C. § 522(f).

Property is *(check one)*:
　　☐ Claimed as exempt　　　　　☑ Not claimed as exempt

---

Property No. 2 *(if necessary)*

| **Creditor's Name:** | **Describe Property Securing Debt**: |
|---|---|
| Ford Credit | 2008 Lincoln Navigator |

Property will be *(check one)*:
　　☐ Surrendered　　　　　　☑ Retained

If retaining the property, I intend to *(check at least one)*:
　　☐ Redeem the property
　　☑ Reaffirm the debt
　　☐ Other.  Explain _____ (for example, avoid lien using 11  U.S.C. § 522(f).

Property is *(check one)*:
　　☑ Claimed as exempt　　　　　☐ Not claimed as exempt

---

Statement of Intent page 2 of 3

B 8 (Official Form 8) (12/08)

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br><br>U.S. Bank N.A. | **Describe Leased Property:**<br><br>2009 Jeep Wrangler | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☑ YES        ☐ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:**<br><br>--- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:**<br><br>--- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

_____0_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: <u>May 3, 2010</u>            <u>/s/ Peter G. Dumon</u>
                                Signature of Debtor


                                _____
                                Signature of Joint Debtor

B 203
(12/94)

# United States Bankruptcy Court

_____ Northern _____ District Of _____ Illinois _____

**In re**   Peter G. Dumon

Case No. _____

**Debtor**

Chapter _____ 7 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ Fees billed at customary rates.

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . $ 25,000.00

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ Unknown at this time

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)**

 

d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

    N/A

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

| May 3, 2010 | /s/ Ronald Barliant |
|---|---|
| *Date* | *Signature of Attorney* |
| | Goldberg Kohn Ltd. |
| | *Name of law firm* |

## Creditors' Matrix

Amalgamated Bank
15 Union Square
Attn:  Ronald E. Luraschi
New York, New York 10003

Amalgamated Bank, as trustee of the Longview
Ultra Construction Loan Investment Fund
Attn:  Debbie Nisson & Roy Dickinson
1825 K Street, NW
Washington, D.C. 20006

Amalgamated Bank, as trustee of the Longview
Ultra Construction Loan Investment Fund
c/o Deutsch, Levy & Engel, Chartered
Attn:  Kenneth W. Funk
225 W. Washington Street
Suite 1700
Chicago, Illinois 60606

Anglo Irish Bank Corporation PLC
Attn:  James Whelan & Jeffrey Dybas
222 East 41st Street
25th Floor
New York, New York 10017

Anglo Irish Bank Corporation PLC
Attn:  Owen O'Neill
Stephens Court
18-21 Stephens Green
Dublin 2, Ireland

Anglo Irish Bank Corporation PLC
c/o Troutman Sanders LLP
Attn:  Mitchell Fenton
The Chrysler Building
405 Lexington Avenue
New York, New York 10174

Anglo Irish Bank Corporation PLC
c/o Bryan Cave LLP
Attn:  Leslie Allen Bayles
161 N. Clark Street
Suite 4300
Chicago, Illinois 60601

Arboretum Limited Partnership
Attn:  Gayle M. Franzen
301 Arboretum Circle
Wheaton, Illinois 60189

Catco Investments, LLC
1200 N. Ashland Avenue
Suite 600
Chicago, Illinois 60622

Chicago Title Land Trust Company, as
successor trustee to Amalgamated Bank of
Chicago
c/o George Hanus
200 W. Madison St., Suite 4200
Chicago, Illinois 60606

Discover Card
c/o Discover Financial Services
P.O. Box 30943
Salt Lake City, UT 84130

Discover Card
c/o Discover Financial Services
P.O. Box 6103
Carol Stream, Illinois 60197

DLA Piper LLP (US)
Attn:  Richard Klawitter
203 N. LaSalle, Suite 1900
Chicago, Illinois 60601

DLA Piper LLP (US)
c/o Joseph G. Finnerty, Jr.
6225 Smith Ave.
Baltimore, Maryland 21209

Equibase Capital Group, LLC
Attn:  Michael W. Husman
1200 N. Ashland Avenue, Suite 600
Chicago, Illinois 60622

Equibase Capital Group, LLC
c/o Petacque & Wall, LLC
Attn:  Peter T. Wall
1200 N. Ashland Avenue, Suite 600
Chicago, Illinois 60622

EREF Mezzanine Fund, LLC
c/o Neal, Gerber & Eisenberg LLP
Attn:  William Choslovsky and Jason Frye
Two North LaSalle Street, Suite 1700
Chicago, Illinois 60602-3801

EREF Mezzanine Fund, LLC
c/o Equibase Capital
Attn:  Michael W. Husman
1200 N. Ashland Avenue
Suite 600
Chicago, Illinois 60622

EREF Mezzanine Fund, LLC
c/o Petacque & Wall, LLC
Attn:  Peter T. Wall
1200 N. Ashland Ave
Suite 600
Chicago, Illinois 60622

Everest Monterey, LLC
c/o Neal, Gerber & Eisenberg LLP
Attn:  William Choslovsky and Jason Frye
Two North LaSalle Street, Suite 1700
Chicago, Illinois 60602-3801

Everest Monterey, LLC
c/o Equibase Capital
Attn:  Michael W. Husman
1200 N. Ashland Avenue
Suite 600
Chicago, Illinois 60622

Everest Monterey, LLC
c/o Petacque & Wall, LLC
Attn:  Peter T. Wall
1200 N. Ashland Avenue
Suite 600
Chicago, Illinois 60622

First Chicago Bank & Trust
Itasca Branch
Attn:  Sean Gallagher
1145 N. Arlington Heights Road
Itasca, Illinois 60143

Fletcher, James H.
Fletcher, Gerda
Ocean Reef Club
7 Torchwood Lane
North Key Largo, Florida 33037

Ford Credit
Customer Service Center
P.O. Box 54200
Omaha, NE 68154-8000

Ford Credit
P.O. Box 790093
St. Louis, MO 63179-0093

Gupta, Mark
c/o True Consulting, LLC.
True Chicago
1211 W. 22nd Street, Suite 1000
Oak Brook, Illinois 60523

Hinsdale Bank and Trust
Attn:  Dennis Jones, Chairman and CEO
25 East First St.
Hinsdale, IL 60521

Holiday Hospitality Franchising, Inc.
Attn:  Vice President, Franchise Administration
Three Ravinia Drive, Suite 100
Atlanta, Georgia 30346

Horn, Helmut
211 East Ohio Street
Chicago, Illinois 60661

Horn, Helmut
c/o Portfolio Hotels & Resorts
9501 Technology Blvd.
Suite 401
Rosemont, Illinois 60018

IFC Corporation
8700 Waukegan Road
Suite 100
Morton Grove, Illinois 60053

JPMorgan Chase Bank, N.A.
Attn:  Micah Goodman
270 Park Avenue
10th Floor
New York, New York 10017

JPMorgan Chase Bank, N.A.
c/o Thelen Reid Brown Raysman & Steiner,
LLP
Attn:  Dino Fazlibegu
875 Third Avenue
New York, New York 10022

JPMorgan Chase Bank, N.A.
c/o ARCap Servicing, Inc.
Attn:  Clyde Greenhouse
5221 N. O'Conner Blvd
Suite 600
Irving, Texas 75309

Liberty Property Group, L.L.C.
c/o George Hanus
200 W. Madison St., Suite 4200
Chicago, Illinois 60606

Marriott International, Inc.
Attn:  Franchise Attorney
Law Department 52/923.25
10400 Fernwood Road
Bethesda, Maryland 20817

Marriott International, Inc.
Attn:  Vice President, Owner & Franchise
Services
Law Department 52/923.25
10400 Fernwood Road
Bethesda, Maryland 20817

MB Financial Bank
P.O. Box 6261
Chicago, IL 60680

MB Financial Bank
1400 16th Street
Oak Brook, IL 60523

MB Financial Bank
Attn:  Christina Frank
800 West Madison
3rd Floor
Chicago, Illinois 60607

MB Financial Bank
Attn:  Carolyn Gergits & George Claim
6111 N. River Road
Rosemont, Illinois 60018

MB Financial Bank
c/o Dykema Gossett, PLLC
Attn:  Michael S. Kurtzon
10 S. Wacker Drive
Chicago, Illinois 60606

Midwest Bank
500 Chestnut
Hinsdale, IL 60521

Midwest Bank
Loan Processing Center
501 W. North Avenue
Melrose Park, IL 60160

New Century Bank
c/o Duane Morris LLP
Attn:  Rosanne Ciambrone and Amy
McCracken
190 South LaSalle Street, Suite 3700
Chicago, Illinois 60603-3433

New Century Bank
Attn:  Jo Ann Wong
363 W. Ontario
Chicago, Illinois 60610

New Century Bank
c/o Duane Morris, LLP
Attn:  Kenneth A. Latimer
190 S. LaSalle Street
Chicago, Illinois 60603

Principal Commercial Acceptance, LLC
Attn:  Commercial Real Estate Servicing
11050 Roe Avenue
Overland Park, Kansas 66211

Principal Life Insurance Company
c/o Principal Real Estate Investors
Attn:  Commercial Real Estate Servicing
801 Grand Avenue
Des Moines, Iowa 50392

The Private Bank and Trust
Attn:  Robert A. Moore
70 West Madison Street
Suite 200
Chicago, Illinois 60602

The Private Bank and Trust
Attn:  Mark Smaizys
70 West Madison Street
Suite 200
Chicago, Illinois 60602

The Private Bank and Trust
Attn:  Mark Smaizys & Kathy Thurston
70 West Madison Street
Suite 200
Chicago, Illinois 60602

The Private Bank and Trust
c/o Crowley & Lamb
Attn:  James M. Crowley
300 N. LaSalle Street
Suite 900
Chicago, Illinois 60654

The Private Bank and Trust Company
Attn:  Jim Thompson and Robert A. Moore
9501 Technology Blvd., Suite 401
Rosemont, Illinois 60018

The Private Bank and Trust Company
c/o Mason, Wenk & Berman, L.L.C.
Attn:  Keith J. Wenk
1033 Skokie Blvd., Suite 250
Northbrook, Illinois 60062

The Sheraton LLC
Attn:  General Counsel – Franchise Division
600 Galleria Parkway, Suite 1700
Atlanta, Georgia 30339

The Sheraton LLC
c/o Starwood Hotels and Resorts Worldwide, Inc.
Attn:  General Counsel
1111 Westchester Avenue
White Plains, New York 10604

TNC-Franklin Group, L.L.C.
c/o George Hanus
200 W. Madison St., Suite 4200
Chicago, Illinois 60606

U.S. Bank N.A.
P.O. Box 2188
Oshkosh, WI 54903-2188

U.S. Bank N.A.
P.O. Box 790117
St. Louis, MO 63179-0117

U.S. Bank, as successor to San Diego National Bank
Attn: Jim Holliman
1420 Kettner Boulevard
San Diego, CA 92101-2141

UBS Real Estate Investments Inc.
Attn:  Richard Cadigan and Tessa Peters
1251 Avenue of the Americas
22nd Floor
New York, New York 10020

UBS Real Estate Investments Inc.
c/o Wolf Block Schorr & Solis-Cohen, LLP
Attn:  Helene S. Jaron
1650 Arch Street
22nd Floor
Philadelphia, PA 19103

UBS Real Estate Investments Inc.
c/o Wachovia Bank, National Association
Attn:  Real Estate Capital Markets, Commercial Real Estate Finance
301 South College Street – NC0166
Charlotte, North Carolina 28288-0166

Venture Equities Management, Inc.
Attn:  Paul Cumberland
Airport Road
Elgin, Illinois 60123

Venture Equities Management, Inc.
c/o Lynch & Stern
Attn:  Daniel Lynch & Justin Kaplan
150 S. Wacker Drive
Suite 2600
Chicago, Illinois 60606

Wells Fargo Bank, National Association
c/o Centerline Servicing Inc.
Attn:  Peter Kofoed
5221 N. O'Connor Blvd.
Suite 600
Irving, Texas 75039

Wheeling Hotel Marathon Interests, LLC
c/o Marathon Real Estate Opportunity Fund
Attn:  Ron Bernstein
461 Fifth Avenue
14th Floor
New York, New York 10017

Wheeling Hotel Marathon Interests, LLC
c/o Marathon Real Estate Opportunity Fund
Attn:  Chief Legal Counsel
461 Fifth Avenue
14th Floor
New York, New York 10017

Wheeling Hotel Marathon Interests, LLC
c/o Arent Fox LLC
Attn:  Mark M. Katz
1050 Connecticut Ave, N.W.
Washington, D.C. 20036

Wheeling Hotel Marathon Interests, LLC
Attn:  Ron Bernstein & David Friedman
One Bryant Park
38th Floor
New York, New York 10036

In re  **Peter G. Dumon**                    ,                          **Case No.** _____
          **Debtor.**                                                              **(if known)**

# VERIFICATION OF CREDITOR MATRIX

I, Peter G. Dumon, the above-referenced Debtor, hereby verify that the list of creditors identified on the foregoing Creditors' Matrix is true and correct to the best of my knowledge.


Dated:  May 3, 2010                              /s/ Peter G. Dumon
                                                 Peter G. Dumon
                                                 Signature of Debtor